No. 73–794.  NATIONAL ASSOCIATION OF MOTOR BUS OWNERS ET AL. v. BRINEGAR, SECRETARY OF TRANSPORTA-

TION. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.